# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JUSTIN MICHAEL WILLIAMS,

      Defendant.

Case No. 25-CR-00223-SEH

## <u>ORDER TO RETURN PROPERTY</u>

Now before the Court is the United States' Motion to Return Property. [ECF No. 63]. Based upon the guilty plea of the defendant, the Preliminary Order of Forfeiture, the Claim of Ownership, and the record, the Court finds that the motion should be granted.

In compliance with the Preliminary Order of Forfeiture, on February 28, 2026, the United States sent notice of the forfeiture and a claim of ownership form to Floyd Duane Boggs. [ECF No. 63 at 1].

Notice of the Preliminary Order of Forfeiture was published on an official government internet site, beginning February 27, 2026 through March 28, 2026, notifying all potential third parties of their right to petition the Court within thirty (30) days of final publication for a hearing to adjudicate validity of the alleged legal interest in the property. [ECF Nos. 61–61-3].

The United States received a Claim of Ownership from June Boggs. [ECF

No. 63 at 2]. The United States agrees the property should be returned to June Boggs upon its release from evidence in the instant case. [*Id*.]. According to the United States, no other petitions, contested or otherwise, have been filed claiming an interest in the property. [*Id*.].

**IT IS THEREFORE ORDERED** that the United States' Motion to Return Property [ECF No. 63] is **granted**, and the referenced property shall be returned to June Boggs in accordance with FBI policy upon release from evidence.

**IT IS FURTHER ORDERED** that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

**DATED** this 5th day of June, 2026.

_____
Sara E. Hill
UNITED STATES DISTRICT JUDGE